PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

Report on Offender Under Supervision

Name of Offender: Anderson Clarke                                               Cr.: 15-00189-001
                                                                                PACTS #: 419670

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/18/2017

Original Offense:   Attempt and Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349

Original Sentence: 4 years' probation

Special Conditions: Financial Disclosure and New Debt Restrictions

Type of Supervision: Probation                          Date Supervision Commenced: April 18, 2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to satisfy restitution. |
| 2 | Failed to satisfy community service hours. |

U.S. Probation Officer Action:

Throughout his term of probation, Clarke has paid $13,088.37 towards his fine. His supervision is due to expire on April 17, 2021, with an outstanding fine balance of $405,656.13. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

On May 22, 2018, Clarke's conditions of supervision were modified to include 25 hours of community service for periods of unemployment. Clarke has not been working since November 10, 2019 following an injury sustained to his elbow and shoulder while working for Parcel Inc., a contracted delivery service by Walmart Inc. On December 3, 2019, Clarke filed a Worker's Compensation Claim and was approved for physical therapy, undergoing surgery, and payment as result of the claim. He underwent physical therapy throughout 2020 and surgery on January 25, 2021 to correct his shoulder injury. Due to his injury and the verification received regarding Clarke's Worker's Compensation Claim, he was not referred for community service. At this time, the Probation Office in the Eastern District of New York recommends the community service condition be suspended, and the supervision term be allowed to expire as scheduled.

Prob 12A – page 2
Anderson Clarke

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*           *03/29/2021*
KELLY A. MACIEL                 Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  Suspend Community Service Hours and Allow Supervision to Expire as Scheduled on April 17, 2021 (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

4/1/2021
Date