ROBERT FRAZER
UNITED STATES ATTORNEY
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
email: JORDAN.ANGER@usdoj.gov
(FLU:KCP)

***UNITED STATES DISTRICT COURT***
***DISTRICT OF NEW JERSEY***

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff,*<br>v.<br>**ANDERSON CLARKE,**<br>*Defendant,*<br>and<br>**PUBLIC PARTNERSHIPS HOME CARE and its successors or assigns,**<br>*Garnishee.* | **HON. Claire C. Cecchi**<br><br>**CR NO. 15-189**<br><br>**APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Anderson Clarke, social security number ***-**-7865, whose last known address is: Middletown, NY 10940 in the above cited action in the amount of $418,844.50, plus interest at the rate of 0% per annum and penalties.

The total balance due and owing as of October 2, 2026 is $400,160.54.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from October 2, 2026, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Anderson Clarke, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, Anderson Clarke, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

Public Partnerships Home Care
17 Plaza Dr.
Latham, NY 12110

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

ROBERT FRAZER
UNITED STATES ATTORNEY

s/JORDAN M. ANGER

By: JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

**IT IS**, on this 2 day of October, 20 26 ,

**ORDERED** that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

HON. CLAIRE C. CECCHI , JUDGE
UNITED STATES DISTRICT COURT